DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA A. CHASE,**
Appellant,

v.

**WARREN S. CHASE,**
Appellee.

No. 4D2023-1922

[May 2, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 2021DR005032XXXNB.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellant.

Warren S. Chase, West Palm Beach, pro se.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***